■ DENISE M. MOLL, Appellant, v DENNIS P. EPSTEIN et al., Respondents.—Order unanimously affirmed, without costs, for the reasons stated at Special Term, Gossel, J. (Appeal from order of Supreme Court, Erie County, Gossel, J.—discovery.) Present—Doerr, J. P., Denman, Boomer, Pine and Lawton, JJ.